UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:10CV62-R

MELVIN B. HAMPTON                                                                         PLAINTIFF

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security                                                         DEFENDANT

## ORDER AND JUDGMENT

The court has conducted a *de novo* review of the magistrate judge's report in light of the objections thereto and the record as a whole. The magistrate judge's report is hereby ADOPTED, and its findings and conclusions are incorporated by reference herein. It is therefore ORDERED that the final decision of the Commissioner is AFFIRMED and that the plaintiff's complaint is DISMISSED.

This is a final and appealable order, and there is no just cause for delay.